GINAM LEE (SBN 204561)
LPL LAWYERS
3600 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010
Tel: (213) 382-8051
Fax: (866) 203-0408
GLEE@LAWLPL.COM

Attorneys for Third Party Defendant
SUNGYOU ENTERPRISE CO.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN EXPORT SERVICES, INC., a Colorado Corporation<br><br>Plaintiff,<br><br>Vs.<br><br>WEBTRANS LOGISTICS, INC., a California Corporation And DOES 1-10<br><br>Defendant. | Case No.: 2:19-CV-04279<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Hon. John E. McDermott<br>Courtroom:  640<br>Complaint filed:  May 16, 2019<br><br>Trial:  September 16, 2020 |

AND RELATED CROSS-CLAIMS

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED**.

DATED: 5/7/2020

_John E. McDermott_
Hon. John E. McDermott
UNITED STATES MAGISTRATE JUDGE

-1-
**STIPULATED PROTECTIVE ORDER**