# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-04279-JEM | Date | August 30, 2022 |
|---|---|---|---|
| Title | Western Export Services, Inc. v. Webtrans Logistics, Inc. | | |

| Present: The Honorable | JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COGSA PREEMPTION OBJECTION SHOULD NOT BE STRICKEN**

Defendant Webtrans Logistics, Inc. ("Webtrans") filed its Objections to Disputed Proposed Jury Instructions ("Objections") on August 16, 2022. (Dkt. 195.) Therein, Webtrans disputes numerous jury instructions proposed by Plaintiff Western Export Services, Inc. ("WES") on the basis that state law claims are preempted by the Carriage of Goods at Sea Act ("COGSA"). Although preemption is a stated affirmative defense, Webtrans never raised COGSA during the litigation in a Motion to Dismiss, Motion for Summary Judgment, or Motion in Limine. Webtrans advances its preemption argument for the first time in its Objections. Webtrans, moreover, states that it will make a showing at trial that the parties have included clauses in their bills of lading extending COGSA to the entire time the shipments at issue were in the possession of the carrier. (Dkt. 195.) The Court is unaware of any document, exhibit, or bill of lading on the Joint Exhibit List that mentions COGSA or extends it to the entire time the shipments were in Webtrans' possession. (See Exhibit Nos. 110, 119, 122.)

Accordingly, the Court issues this Order to Show Cause why Webtrans' preemption objections should not be stricken. Webtrans must file a Response by **September 2, 2022**. The Response shall include an explanation of why Webtrans waited so long to raise the preemption issue and what exhibits in the Joint Exhibit List, if any, mention COGSA or include clauses extending COGSA to the entire time the shipments at issue were in the possession of the carrier. The Court will not permit the introduction of new exhibits.

WES may file a Reply on **September 7, 2022**.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |