# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-04279-JEM | Date | Sep. 9, 2022 |
|---|---|---|---|
| Title | Western Export Services, Inc. v. Webtrans Logistics, Inc. | | |

**Present: The Honorable  JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE FURTHER RESPONSE TO OSC**

On August 30, 2022, the Court issued an Order to Show Cause ("OSC") why Webtrans' COGSA preemption objections should not be stricken. (Dkt. 223.) Webtrans filed a Response to the OSC on September 2, 2022. (Dkt. 235.) WES filed a Reply on September 7, 2022. (Dkt. 243.) The Court heard oral argument on September 8, 2022, and the matter was taken under submission. (Dkt. 248.)

Webtrans is ordered to file a further response to the OSC clarifying its COGSA preemption arguments by stating its position on the following: (1) which of WES' claims against Webtrans are preempted by COGSA, as extended by the Clause Paramount in Exhibit 100; (2) if COGSA applies to the transactions at issue, does WES have any remaining claims against Webtrans; and (3) what damages are recoverable by WES on any such remaining claims. Webtrans shall file its further response no later than **Monday, September 12, 2022, at 9:00 a.m.**

| | : |
|---|---|
| Initials of Preparer | slo |